## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK McCANN,

      Plaintiff,

v.

GDS MARKETING, KEITH S.
and CAROLE KARSTEN,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-560-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that plaintiff Derrick McCann's

complaint is dismissed for lack of subject matter jurisdiction.

_Peter Oppeneer_      2/15/11

Peter Oppeneer, Clerk of Court      Date